UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHIPPING AND TRANSIT, LLC,           Case No. 9:16-cv-80912

Plaintiff,

v.

METROGISTICS, LLC.

Defendant.

### MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO TERMINATE CM/ECF NOTICES

Diana F. Mederos hereby moves to withdraw as counsel of record for Plaintiff, and to terminate CM/ECF notices to her, and states as follows:

1. Diana F. Mederos is no longer with the firm of Schneider Rothman Intellectual Property Law Group, PLLC, effective July 1, 2016.

2. Plaintiff is represented by Joel B. Rothman and Jerold I. Schneider in this matter, and these attorneys will continue to represent Plaintiff.

3. Diana F. Mederos will not represent Plaintiff in this case.

WHEREFORE, Diana F. Mederos respectfully requests the entry of an order granting her Motion to Withdraw and relieving her from further obligations to Plaintiff in this case, and terminating CM/ECF Notices as to Diana F. Mederos.

DATED: July 25, 2016                By: /s/ Diana Mederos
                                    Diana F. Mederos
                                    Florida Bar No. 99881
                                    diana@miplegal.com
                                    (561)235-3305

Mederos Legal, PLLC
7000 W. Palmetto Park Rd.
Ste. 210
Boca Raton, FL 33433

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on July 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received Notices of Electronic filing electronically.

                                      By: /s/ Diana Mederos
                                      Diana F. Mederos
                                      Florida Bar No. 99881

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80912

SHIPPING AND TRANSIT, LLC,

Plaintiff,

v.

METROGISTICS, LLC

Defendant.

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO TERMINATE CM/ECF NOTICES

THIS CAUSE is before the Court upon the Motion of Diana F. Mederos to withdraw as counsel of record and to terminate CM/ECF Notices, and the Court being fully advised, it is hereby

DONE AND ORDERED, that said Motion to Withdraw as Counsel of Record is granted, and the Clerk is directed to terminate CM/ECF Notices to Diana F. Mederos.

DONE AND ORDERED in Chambers this ___ day of July, 2016.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE